UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:25-CR-200 |
| v. | |
| JACOB BUCKLEY, | (Chief Judge Brann) |
| Defendant. | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

### COUNT 1
18 U.S.C. § 871
(Threats Against The President-Elect)

#### INTRODUCTION

At times material to this Information:

1. Donald J. Trump was the President-elect for the United States of America.

2. TikTok was a social-media platform that allowed users to create, share, comment on, and discover short-form videos.

3. Defendant, Jacob BUCKLEY, accessed, used, and controlled TikTok account "Jacob_buckley."

4. On or about January 16, 2025, in response to a live stream TikTok video, "Jacob_buckley" commented, "*I hate MAGA republicans bro on god I'll kill all of them.*"

5. On or about January 16, 2025, at approximately 7:00 a.m., "Jacob_buckley" posted, "*I'm going to kill Trump.*"

6. On or about January 16, 2025, at approximately 8:46 a.m., "Jacob_buckley" posted, "*Bro we going into a literal oligarchy in 4 days and im going to kill Trump.*"

## STATUTORY ALLEGATION

7. On or about January 16, 2025, in Centre County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

## JACOB BUCKLEY,

knowingly and willfully made a threat to take the life of and to inflict bodily harm upon Donald J. Trump, the President-elect of the United States.

All in violation of Title 18, United States Code, Section 871.

JOHN C. GURGANUS
Acting United States Attorney

*/s/ K. Wesley Mishoe*       8/5/25
K. WESLEY MISHOE      Date
Assistant United States Attorney