UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 4:25-CR-200 |
| | : | |
| v. | : | (Chief Judge Brann) |
| | : | |
| JACOB BUCKLEY, | : | |
|     Defendant. | : | (Electronically Filed) |

P R A E C I P E

TO THE CLERK OF COURTS:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Arthur Fritzinger, Esquire, One Liberty Place, 1650 Market Street, Suite 2800, Philadelphia, PA 19103.

                                                                  Respectfully submitted,

                                                                   JOHN C. GURGANUS
                                                                    Acting United States Attorney

Dated: August 5, 2025                /s/ K. Wesley Mishoe
                                                                    K. Wesley Mishoe (PA 321983)
                                                                    Assistant United States Attorney
                                                                    1501 N. 6th Street, Box 202
                                                                    Harrisburg, PA   17102
                                                                    Tel:   (717) 221-4482
                                                                    kenneth.mishoe@usdoj.gov